**Order entered August 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00561-CR
## No. 05-19-00712-CR

**RICHARD LEE CORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-33286-T & F17-33287-T**

## ORDER

The reporter's record in the above appeals has been filed. Before the Court is appellant's August 28, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on or before October 7, 2019.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/    CORY L. CARLYLE
        JUSTICE